**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**
Case No. 09-14030-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

MICHAEL CARL FAXON,

     Defendant.

_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Government's Request for Restitution [D.E. 33].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch. After an evidentiary hearing, the Magistrate Judge issued a Report recommending that the Government's request for restitution be denied [D.E. 57]. The Government has filed timely objections to the Report [D.E. 66].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 57] is **AFFIRMED, ADOPTED AND RATIFIED** in **PART**. The Court adopts the Report and Recommendation except paragraph 41, wherein it states that "Mr. March estimated that in total thus far nationwide there has been received approximately $107,000." The Government points out and the Court has confirmed that Mr. Marsh

actually estimated that there has been received approximately $170,000. It is further

ORDERED AND ADJUDGED that the Government's Request for Restitution [D.E. 33] is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of February, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Frank J. Lynch
     Counsel of Record
     U.S. Probabtion